No. 339. THE GRAHAM AND MORTON TRANSPORTATION COMPANY, APPELLANT, *v.* CRAIG SHIPBUILDING COMPANY. Appeal from the District Court of the United States for the Northern District of Illinois. Submitted October 9, 1906. Decided October 15, 1906. *Per Curiam.* Decree affirmed with costs, on the authority of *People's Ferry Company v. Beers,* 20 How. 393; *Roach v. Chapman,* 22 How. 129; *Edwards v. Elliott,* 21 Wall. 532; *The Robert W. Parsons,* 191 U. S. 17, and cases cited.

*Mr. Charles E. Kremer* for appellant. *Mr. Harvey D. Goulder,
Mr. S. H. Holding* and *Mr. Frank S. Masten* for appellee.